## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOTERLABS, INC., | ) | |
| | ) | C.A. No. 19-524-MAK |
| Plaintiff, | ) | (Consolidated) |
| | ) | |
| v. | ) | |
| | ) | |
| ETHOS GROUP CONSULTING SERVICES, LLC AND ETHOS GROUP HOLDINGS, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ETHOS GROUP CONSULTING SERVICES, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALTER KAWECKI, ANDY ATHERTON, DAMIAN SMITH, AND STEPHEN CHAPUT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL OF ALL PARTIES' CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in the above-captioned action, through their respective counsel, stipulate and agree that the above-captioned action, together with any and all claims and counterclaims by all parties, is hereby dismissed with prejudice, on the merits. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Nicole K. Pedi* | */s/ Kristi J. Doughty* |
| Travis S. Hunter (#5350) | Kristi J. Doughty, Esq. (#3826) |
| Nicole K. Pedi (#6236) | SCHNADER HARRISON SEGAL & LEWIS, LLP |
| RICHARDS, LAYTON & FINGER, P.A. | 824 N. Market Street, Suite 800 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 482-4038 |
| (302) 651-7700 | KDoughty@schnader.com |
| hunter@rlf.com | |
| pedi@rlf.com | Bruce P Merenstein, Esq. |
| | Samuel W. Silver, Esq. |
| James W. Bergenn, Esq. | SCHNADER HARRISON SEGAL & LEWIS, LLP |
| Christopher J. Cahill, Esq. | 1600 Market Street, Suite 3600 |
| SHIPMAN & GOODWIN LLP | Philadelphia, PA 19103 |
| One Constitution Plaza | (215) 751-2000 |
| Hartford, Connecticut 06103-1919 | Bmerenstein@schnader.com |
| Tel.: (860) 251-5000 | Ssilver@schnader.com |
| Fax: (860) 251-5219 | |
| jbergenn@goodwin.com | Bryan J. Wick, Esq. |
| ccahill@goodwin.com | J. Sean Lemoine, Esq. |
| | Paul T. Elkins, Esq. |
| *Attorneys for VoterLabs, Inc. and Walter Kawecki, Andy Atherton, Damian Smith, and Stephen Chaput* | WICK PHILLIPS GOULD & MARTIN, LLP |
| | 3131 McKinney Avenue, Suite 100 |
| | Dallas, Texas 75204 |
| | (214) 692-6200 |
| | bryan.wick@wickphillips.com |
| | sean.lemoine@wickphillips.com |
| | paul.elkins@wickphillips.com |
| | |
| | *Attorneys for Ethos Group Consulting Services, LLC and Ethos Group Holdings, Inc.* |

Dated: December 1, 2021

2